UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ,<br>Plaintiff(s)<br>v.<br>,<br>Defendant(s) | Case No. C<br><br>NOTICE OF SETTLEMENT OF ADA ACCESS CASE<br><br>(ADA ACCESS CASES) |

The parties have reached an agreement to resolve this action in its entirety and intend to file a dismissal within _____ days.

Date:

Signed: _____
           Attorney for Plaintiff(s)

Signed: _____
           Attorney for Defendant(s)

Signed: _____
           Attorney for Defendant(s)