AARON M. CLEFTON, Esq.  (SBN 318680)
REIN & CLEFTON, Attorneys at Law
1423 Broadway #1133
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
info@reincleftonlaw.com

Attorneys for Plaintiff
ELIZABETH CHAVEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CHAVEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>MAYA NIGHTCLUB, INC.; HOWARD BALDWIN CRITTENDEN III, AS TRUSTEE OF THE CRITTENDEN REVOCABLE TRUST, DATED MAY 5, 1999,<br><br>  Defendant. | Case No. 3:24-cv-00207-SK<br><br>Civil Rights<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: January 11, 2024 |

**STIPULATION**

Plaintiff ELIZABETH CHAVEZ ("Plaintiff") and Defendants MAYA NIGHTCLUB, INC.; and HOWARD BALDWIN CRITTENDEN III, AS TRUSTEE OF THE CRITTENDEN REVOCABLE TRUST, DATED MAY 5, 1999 ("Defendants") – Plaintiff and Defendants together the "Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and costs.

Defendants shall do corrective work specified in a separate settlement agreement executed by the Parties that resolves all claims, including injunctive relief remedies.  Defendants shall have 120 days to remove the barriers as set forth therein, to the extent not already done.

1  The Court will retain jurisdiction to enforce the agreement for 180 days pursuant to General
2  Order 56, extendable upon a showing of good cause.
3  **IT IS SO STIPULATED.**

4
5  Dated: July 1, 2024                                REIN & CLEFTON

6
                                                       */s/ Aaron M. Clefton* _____
7                                                   By:  AARON M. CLEFTON, ESQ.
                                                    Attorneys for Plaintiff
8                                                   ELIZABETH CHAVEZ

9
10 Dated: July 1, 2024                                THE KARLIN LAW FIRM LLP

11
                                                       */s/ Rex T. Reeves*_____
12                                                  By: REX T. REEVES, Esq.
                                                    Attorneys for Defendants
13                                                  MAYA NIGHTCLUB, INC.; and HOWARD
                                                    BALDWIN CRITTENDEN III, AS TRUSTEE OF
14                                                  THE CRITTENDEN REVOCABLE TRUST,
                                                    DATED MAY 5, 1999
15

16                                **FILER'S ATTESTATION**

17         Pursuant to Local Rule 5-1, I hereby attest that on July 1, 2024, I, Aaron Clefton,
18 attorney with Rein & Clefton, received the concurrence of Rex T. Reeves, Esq. in the filing of
19 this document.

20
                                                       */s/ Aaron Clefton*
21                                                     Aaron Clefton

**ORDER**

Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

Dated: _____, 2024

_____
Honorable Sallie Kim
U.S. Magistrate Judge

- 3 -