| | |
|---|---|
| 1 | AARON M. CLEFTON, Esq.  (SBN 318680) |
| 2 | REIN & CLEFTON, Attorneys at Law<br>1423 Broadway #1133<br>Oakland, CA  94612 |
| 3 | Telephone:  510/832-5001<br>Facsimile:   510/832-4787 |
| 4 | info@reincleftonlaw.com |
| 5 | Attorneys for Plaintiff<br>ELIZABETH CHAVEZ |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH CHAVEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>MAYA NIGHTCLUB, INC.; HOWARD BALDWIN CRITTENDEN III, AS TRUSTEE OF THE CRITTENDEN REVOCABLE TRUST, DATED MAY 5, 1999,<br><br>    Defendant. | Case No. 3:24-cv-00207-SK<br><br>Civil Rights<br><br>**STIPULATION AND ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Action Filed: January 11, 2024 |

## **STIPULATION**

Plaintiff ELIZABETH CHAVEZ ("Plaintiff") and Defendants MAYA NIGHTCLUB, INC.; and HOWARD BALDWIN CRITTENDEN III, AS TRUSTEE OF THE CRITTENDEN REVOCABLE TRUST, DATED MAY 5, 1999 ("Defendants") – Plaintiff and Defendants together the "Parties" – hereby stipulate and request that pursuant to Federal Rules of Civil Procedure 41(a)(l)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each side shall pay its own attorneys' fees and costs.

Defendants shall do corrective work specified in a separate settlement agreement executed by the Parties that resolves all claims, including injunctive relief remedies.  Defendants shall have 120 days to remove the barriers as set forth therein, to the extent not already done.

The Court will retain jurisdiction to enforce the agreement for 180 days pursuant to General Order 56, extendable upon a showing of good cause.

**IT IS SO STIPULATED.**

Dated:  July 1, 2024                                        REIN & CLEFTON

                                                                                */s/ Aaron M. Clefton*
By:  AARON M. CLEFTON, ESQ.
Attorneys for Plaintiff
ELIZABETH CHAVEZ

Dated: July 1, 2024                                         THE KARLIN LAW FIRM LLP

                                                                   */s/ Rex T. Reeves*
By: REX T. REEVES, Esq.
Attorneys for Defendants
MAYA NIGHTCLUB, INC.; and HOWARD BALDWIN CRITTENDEN III, AS TRUSTEE OF THE CRITTENDEN REVOCABLE TRUST, DATED MAY 5, 1999

### **FILER'S ATTESTATION**

Pursuant to Local Rule 5-1, I hereby attest that on July 1, 2024, I, Aaron Clefton, attorney with Rein & Clefton, received the concurrence of Rex T. Reeves, Esq. in the filing of this document.

                                                                      */s/ Aaron Clefton*
Aaron Clefton

## ORDER

Pursuant to the parties' stipulation, the Court HEREBY DISMISSES this action with prejudice.  The Court will retain jurisdiction to enforce the settlement between the parties for 180 days.

**IT IS SO ORDERED.**

Dated: July 2, 2024



Honorable Sallie Kim
U.S. Magistrate Judge